UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14  3 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                                                 CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

<u>**ORDER**</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** August 9, 1999<br>**Docket:** #37<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Cutler-Hammer's Response to Informative Motion | **NOTED.** On or before **October 1, 1999, Plaintiff** shall show cause as to why the Court should not consolidate their retaliation claim in the Anti-Discrimination Unit with the above captioned case. |

Date: 9/13/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:           EOD:

By:              #39

3