UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 20, 1999<br>Docket: #40<br>[ ] Plffs    [X] Defts<br>Title: Motion Requesting Short Extension of Time | **GRANTED.** Defendant shall file its Memorandum as to the Timeliness of Plaintiff's Claims on or before **September 22, 1999**. |

Date: 9/22/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:
SEP 27 1999
By:    # 43