UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
   Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 28, 1999<br>Docket: #44<br>[X] Plffs     [] Defts<br>Title: Motion for Clarification | **GRANTED.** Plaintiff shall file the opposition to Defendant's Motion on or before **October 5, 1999**.. |

Date: 9/29/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By: no     #45