RECEIVED & FILED
1999 OCT -8 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 1, 1999<br>Docket: #46<br>[X] Plffs      [] Defts<br>Title: Motion in Compliance With Order. | The parties are in agreement that Plaintiff's retaliation claim should be included in the instant case. Therefore, the Court finds it proper to include such claim within the purview of Plaintiff's complaint. |

Date: 10/7/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    # 49

3