RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1999 OCT 25  AM 9:20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 5, 1999<br>**Docket:** #48<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Motion to Submit Documents in Spanish | **GRANTED.** Plaintiff shall file certified translations of her exhibits on or before **November 15, 1999**. |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    #53

3