UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 27 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                                                CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 14, 1999<br>**Docket:** # 51<br>[ ] Plffs      [X] Defts<br>**Title:** Motion Requesting Leave to Include Documents | **GRANTED.** Defendant Cutler Hammer may include the two State Insurance Fund documents identified as Exhibit 5 as part of its Motion for Summary Judgment. |

Date: 10/26/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #54

3