UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 27 AM 8 01
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
　　　Plaintiff

vs.                                                                          CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
　　　Defendant

ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 14, 1999<br>**Docket:** #50<br>[ ] **Plffs**　　　　　　[X] **Defts**<br>**Title:** Motion Requesting Leave to Reply to: "Opposition to Motion for Summary Judgment" | **GRANTED.** Defendant Cutler Hammer de P.R., Co. shall file its reply to Plaintiff's Opposition to **November 15, 1999.** |

Date: 10/26/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:　　　　EOD:

By:　　　　　#55