RECEIVED & FILED
1999 OCT 28 AM 8 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 22, 1999<br>**Docket:** # 52<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Motion Submitting Supplemental Evidence in Light of Defendant's reply to Opposition to Summary Judgment. | **GRANTED** |

Date: 10/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 56 |

3