UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                                                                         CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** November 19, 1999<br>**Docket:** #62<br>[] Plffs    [X] Defts<br>**Title:** Motion Requesting Leave to Submit Documents in the Spanish Language | Defendants shall have certified translations of the relevant documents and file them with the Court on or before **January 11, 2000**. |

JAIME PIERAS, JR.
U.S. Senior District Judge

Date:

Rec'd:            EOD:

By:            #64