UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| RULING |
|---|
| The Court hereby sets a FURTHER INITIAL SCHEDULING CONFERENCE for March 23, 2000 at 2:00 p.m. |

Date: 2/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 67

(3)