UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -2 AM 7:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 22, 1999<br>Docket: # 41<br>[ ] **Plffs**  [X] **Defts**<br>Title: Motion for Summary Judgment | **DENIED.** The Court finds that there are issues of fact remaining pertaining to the accrual date of the period of limitations for Plaintiff's ADEA claim. By the same token, there are issues of fact which regarding Plaintiff's mental condition after her demotion. The presence of these issues of fact necessarily precludes the entry of summary judgment at this stage. |

Date: 2/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: no | #68 |