UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 10 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

# O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** March 6, 2000<br>**Docket:** # 71<br>[ ] **Plffs**　　　　　[X] **Defts**<br>**Title:** Motion to Request Change of Date of Initial Scheduling Conference | **GRANTED IN PART.** The Court has already reset the Further Initial Scheduling Conference for **April 3, 2000 at 2:00 p.m.** |

Date: 3/8/00

JAIME PIERAS, JR.
U.S. Senior District Judge

(3)

| Rec'd: | EOD: |
|---|---|
| By: | #72 |