UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 10 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 3, 2000<br>**Docket:** # 70<br>[X] **Plffs**   [] **Defts**<br>**Title:** Motion Requesting Rescheduling of Further Initial Scheduling Conference | **GRANTED.** The Court hereby resets the Further Initial Scheduling Conference originally set for March 23, 2000 for April 3, 2000 at 2:00 p.m. |

Date: 3/8/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By:     # 73

(3)