UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN 26 AM 11: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IVY MELENDEZ ARROYO
Plaintiff

vs.                                                              CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 16, 2000<br>**Docket:** # 79<br>[] Plffs    [X] Defts<br>**Title:** Defendant Cutler-Hammer's Motion to Supplement the Further Initial Scheduling Conference Memorandum Order | **GRANTED.** The stipulated facts shall read in accordance to the motion *sub judice*. The additional witnesses, however, will not be allowed until Defendant provides the Court with the information required by the ISC Order in connection with announcing additional witnesses. Defendant shall comply with providing this information on or before **July 7, 2000**. |

Date: 6/23/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:                    # 80

(3)