UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUL 10 AM 8 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

IVY MELENDEZ ARROYO
   Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 30, 1999<br>**Docket:** #82<br>[] Plffs  [] Defts  [x] Other<br>**Title:** Motion Requesting Leave to Withdraw as Attorney of Record and Substitution of Counsel | **GRANTED.** Although Del Toro & Santana are the attorneys of record for Defendant in the instant case, Marisol Vega Couto will no longer be working at said law firm. In her stead, Omayra Toledo de la Cruz will be handling the case along with Roberto Santana Aparicio. The Clerk shall notify all further documents and correspondence to the address appearing in the motion at bar. |

Date: 7/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

s/c: (4)
JUL 10 2000

| Rec'd: | EOD: |
|---|---|
| By: | # |

(84)