UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 28, 2000<br>**Docket:** #<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion Requesting Leave to Submit First Set of Interrogatories and Second Request for Production of Documents. | **GRANTED.** Defendant may propound on Plaintiffs a First Set of Interrogatories and a Second Request for Production of Documents. |

Date: 7/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      #85