# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.
                                             CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** June 16, 2000<br>**Docket:** # 83<br>[] **Plffs**　　　　　　[X] **Defts**<br>**Title:** Motion Complying with Court Order in Relation to Additional Potential Witnesses | **GRANTED.** Defendant has provided the relevant information pertaining to the witness. |

Date: 7/11/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |

c/c: (3)

JUL 1 3 2000