UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 14, 2000<br>**Docket:** # 88<br>[X] **Plffs**    [] **Defts**<br>**Title:** Motion for Reconsideration | GRANTED. Defendant has not provided the information pertaining to the witness as required by the ISC. |

Date: 8/11/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |