UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IVY MELENDEZ ARROYO
   Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
   Defendant

CIVIL NO. 98-2395 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 21, 2000<br>**Docket:** # 90<br>[ ] **Plffs**     [X] **Defts**<br>**Title:** Motion Requesting Extension of ISC Time Table for Purposes of Filing Dispositive Motion | **DENIED.**<br>   The Court will not postpone the deadline for filing dispositive motions. The parties shall take the deposition of Roberto Irizarry on September 9, 2000 in San Juan at the offices of Del Toro & Santana. Defendant will cover all costs related to Mr. Irizarry and his spouse's transportation to Puerto Rico.<br>   During telephone conversations held with the parties on August 28, 2000, the Court ordered Defendant to provide Plaintiff on or before August 29, 2000 at 2:00 pm with any and all documents related to Plaintiff's alleged inefficiency which warranted her transfer within Cutler-Hammer. If there are no documents pertaining to this matter, Defendant shall present Plaintiff with a certification attesting to this matter.<br>   The Court also ordered the parties that the deposition of Larry Cancel would continue on August 30, 2000 at 9:30 am and Jason Hume's deposition shall be taken on even date at 2:00 pm.<br>   From now on, the parties are instructed that all depositions shall be taken in English. The parties may call the undersigned's chambers should any controversy arise during the depositions.<br>**DOCKET NO. 92 IS HEREBY ADJUDICATED.** |
| Date: 8/28/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
|  | Rec'd:     EOD:<br>By:      # 92 |