UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant



CIVIL NO. 98-2395(JP)

**O R D E R**

| MOTION | RULING |
|---|---|
| Date Filed: August 28, 2000<br>Docket: # 93<br>[X] Plffs    [] Defts<br>Title: Plaintiff's Informative Motion With Respect to Discovery Issues | **NOTED.** Plaintiff's counsel has informed the Court regarding several discovery disputes she has had with opposing counsel. The Court, however, has already ruled on these matters and counsel has been properly advised and informed. |
| Date Filed: August 28, 2000<br>Docket: # 94<br>[X] Plffs    [] Defts<br>Title: Motion Requesting Urgent Status Conference | **DENIED.** The Court has already ruled on the matters to be discussed in Plaintiff's proposed status conference. Therefore, there is no need to hold such conference. |

Date: 8/31/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:     #97