UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
   Plaintiff

vs.     CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 21, 2000<br>**Docket:** # 99<br>[X] **Plffs**  [] **Defts**<br>**Title:** Plaintiff's Motion for Enlargement of Time to Oppose Motion for Summary Judgment. | **GRANTED IN PART.** Plaintiff **SHALL** file her Opposition Motion for Summary Judgment on or before **October 20, 2000.** |

Date: 9/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By: /L     #100