Case 3:98-cv-02395-JP  Document 102  Filed 10/06/2000  Page 1 of 1



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                              CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 30, 2000<br>**Docket:** #95; 96; 86<br>[X] **Plffs**  [X] **Defts**<br>**Title:** Motion Outlining Compliance With Disclosure Of Required Information And Requesting Addition Of Names To Potential Witness List.; Plaintiff's Opposition To Request To Add Witnesses; Opposition To Additional Witnesses Announced By Defendants. | **DENIED.** Defendant has failed to demonstrate to this Court's satisfaction why Defendant was not able to identify the three additional witnesses at an earlier date. The Court is of the opinion that Defendants should have known of the existence of the additional witnesses at least as far back as one year ago when Defendant filed its ISC memorandum addressing the merits of this case, and identifying witness who would testify as to Plaintiff's work performance, which, incidentally, is the same subject to which Defendant's three witnesses will allegedly testify. Pretrial is scheduled for November 17, 2000 and trial is set for November 30, 3000. Any additional discovery would unfairly prejudice Plaintiff and upset this Court's case management system. Accordingly, Defendant's motion to add names to the potential witness list is **DENIED.** |

Date 10/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:  EOD:

By: /s/  #102

