UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 10, 2000; October 11, 2000.<br>**Docket:** #103; 104<br>[X] **Plffs**  [X] **Defts**<br>**Title:** Urgent Motion To Strike Affidavits; Cutler Hammer's Opposition To Plaintiff's "Urgent Motion To Strike Affidavits". | **NOTED.** The Court hereby **NOTES** Plaintiff's Motion to Strike Defendant's Affidavits. Plaintiff **SHALL** file counter affidavits denying the facts stated in the Defendant's affidavits if Plaintiff is able to do so. |

Date: 10/17/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:          #106