UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                                                CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 27, 2000<br>**Docket:** #111.<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Leave to File 311.7 Reply to opposition to Motion for Summary Judgment and Request for Oral Argument Under Local Rule 311.8. | **GRANTED.** The Court hereby **GRANTS** Defendant's motion to file a reply to Plaintiff's Opposition to Summary Judgment. Defendant **SHALL** file said reply with this Court on or before **November 3, 2000**. Failure to do so shall result in the denial of the reply. Further, oral arguments on the motions for and against summary judgment **SHALL** be held on **November 13, 2000 at 4:00 p.m.**. The fact that this Court has allowed the filing of Plaintiff's Opposition to Summary Judgment and has set a date for oral arguments does not change the scheduled date for pretrial and trial. **Pretrial SHALL take place at 4:00 p.m. on November 17, 2000, and trial SHALL commence at 9:30 a.m. on November 30, 3000.** |

Date: 10/30/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 112