UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
   Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 20, 2000; October 23, 2000.<br>**Docket:** #108; #110.<br>[X] **Plffs**        [X] **Defts**<br>**Title:** Motion to Set Aside Court Order.; Plaintiff's Opposition to "Motion to Set Aside Court Order". | **DENIED.** This Court has already resolved this issue on at least three different occasions. The Defendant did not comply with the ISC deadline in this case as to announcing new witnesses, and did not demonstrate to this Court's satisfaction why it was not able to identify the three additional witnesses at an earlier date. Pretrial is scheduled for November 17, 2000, and trial is set for November 30, 3000. Any additional discovery would unfairly prejudice Plaintiff and upset this Court's case management system. The prior Orders of this Court stand and this Court shall not readdress this issue here. |

Date: 10/30/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:       #113