UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
Plaintiff

vs.                                                                                              CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 13, 2000; October 23, 2000. <br> **Docket:** #105; #109 <br> [X] **Plffs**    [X] **Defts** <br> **Title:** Motion Requesting Leave to Depose Plaintiff on A Particular Issue.; Opposition to Motion Requesting Leave to Depose Plaintiff on A Particular Issue. | **DENIED.** Defendants have not explained why Ms. Elba Ayala Cruz's statements that an unknown person offered her a vacation stay at Plaintiff's Miami home is material or even relevant to this case. Ms. Ayala cannot state that the person who allegedly called her was in any way affiliated with the Plaintiff, and she cannot state within any reasonable time-frame when the call occurred. Further, Ms. Ayala's deposition was taken on August 17, 2000. Therefore, Defendants knew of her statements in question on that date, yet opted to wait two months before filing this motion to reopen Plaintiff's deposition. The trial date of November 30, 2000 is fast approaching, and deviating from this case's schedule would pose unwarranted complications to this Court and to the parties involved. For the aforementioned reasons, Defendant's motion for leave to depose Plaintiff on a particular issue is **DENIED.** |

Date: 11/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:            # 114