UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
   Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
   Defendant

CIVIL NO. 98-2395 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 6, 2000<br>**Docket:** #___.<br>[X] **Plffs**       [ ] **Defts**<br><br>**Title:** Plaintiff's Informative Motion with Respect to Submission of Proposed Pretrial Order. | **NOTED.** The Court hereby **NOTES** the receipt of Plaintiff's informative motion concerning the submission of the proposed pretrial order. However, neither Plaintiff nor Defendant is released from each's responsibility to submit the proposed pre-trial order in a timely fashion as required by Local Rule 314(3). **Therefore, Counsels for Plaintiff and Defendant SHALL meet on or before November 8, 2000 to prepare their pre-trial order. Said Order SHALL be filed with this Court on or before November 9, 2000.** Failure to comply with this timetable might result in sanctions to both parties. |

Date: 11/6/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By: \_\_       # 117

