UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                         CIVIL NO.: 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

### ORDER

The Pre-trial conference scheduled for 4:00 p.m. on November 17, 2000 is hereby **re-scheduled for 11:00 a.m.** on the same date.

Date: 11/8/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

Rec'd:     EOD:

By:     #