UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                        CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 6, 2000<br>**Docket:** #118.<br>[ ] **Plffs**      [X] **Defts**<br><br>**Title:** Motion Regarding Exhibits and Pretrial Matter | **GRANTED IN PART, DENIED IN PART.** The Court accepts the English language exhibits referenced in this instant motion, but will disregard any exhibits not filed in English pursuant to Local Rule 108.1. |

Date: 11/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____ #123