IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ-ARROYO,

    Plaintiff

v.                                          CIVIL NO. 98-2395 (JP)

CUTLER HAMMER DE PUERTO RICO CO.,

    Defendant

## JUDGMENT

Pursuant this Court's Opinion and Order of this same date, Defendant's Motion for Summary Judgment is hereby **GRANTED** and Plaintiff's claims under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 ("ADEA") are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the Puerto Rico law claims.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 21st day of November, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)

