# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVY MELENDEZ-ARROYO | * |
| | * |
| vs. | *   CIVIL NO. 98-2395 (JP) |
| | * |
| CUTLER HAMMER DE P.R., CO. | * |
| | * |

## ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 4th day of December, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk