UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 5, 2000<br>**Docket:** #135<br>[X] **Plffs**    [ ] **Defts**<br><br>**Title:** Motion to Clarify Order re Bill of Costs and/or for enlargement of time to Oppose Bill of Costs. | **GRANTED IN PART.** Plaintiff **SHALL** file her Opposition to the Bill of Costs on or before ten (10) days after the outcome of the appeal in the instant case. |

Date: 12/6/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:     #136