UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 20, 2000<br>**Docket:** # 139<br>[ ] **Plffs**    [X] **Defts**<br><br>**Title:** Cutler Hammer De Puerto Rico Notice of Appearance. | **NOTED.** The Court **NOTES** the appearance of Russell A. Del Toro, Esq., of Del Toro & Santana on behalf of Defendant, Cutler Hammer de Puerto Rico., Co.. Attorney Del Toro **SHALL** be notified of all further motions or orders in this action. |
| Date: 12/21/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:    EOD:

By: ____   #140