UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 20, 2000<br>**Docket:** #139.<br>[ ] **Plffs**    [X] **Defts**<br><br>**Title:** Cutler Hammer De Puerto Rico, Co. Notice of Cross Appeal. | **NOTED.** The Court hereby **NOTES** that Defendant Cutler Hammer has cross appealed to the United States Court of Appeals for the First Circuit from the interlocutory Order of this court denying Defendant Cutler Hammer's motion for summary judgment on the issue of timeliness concerning the accrual of Plaintiff's ADEA claim. |
| Date: 12/26/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
|  | Rec'd:            EOD:<br><br>By:              # 142 |

5