UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IVY MELENDEZ ARROYO
   Plaintiff

vs.
                                    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 20, 2000; December 22, 2000.<br>**Docket:** # 138; # 141.<br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Cutler Hammer De Puerto Rico, Co. Rule 10 (b)(3)(C) of the Federal Rules of Appellate Procedure Motion to Compel Plaintiff to Request and Include Transcript of Oral Argument Hearing as Part of the Appendix on Appeal.; Plaintiff's Opposition to "Motion to Compel". | **DENIED.** Cutler Hammer De Puerto Rico's motion requesting that this Court compel Plaintiff to order the transcript of the Oral Argument on Summary Judgment held on November 13, 2000 is hereby **DENIED.** Under Rule 10(b)(3)(C) of the Federal Rules of Appellate Procedure, either party, Appellant or Appellee, can order parts of the transcript that it wishes to include in the Record on Appeal. |

Date: 12/27/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____  # 144