**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IVY MELENDEZ ARROYO
    Plaintiff

vs.



CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** December 29, 2000<br>**Docket:** # 145<br>[] **Plffs**   [] **Defts**   [X] **Other**<br><br>**Title:** Motion Informing Change of Address. | **NOTED.** The Court hereby **NOTES** that Attorneys for Plaintiff, Judith Berkan Esq., and Mary Jo Mendez Esq., of Berkan/Mendez have changed their address to Calle O'Neill G-11, Hato Rey, Puerto Rico 009182301. The Court also **NOTES** that the telephone numbers for Plaintiffs' attorneys which are already on file remain the same. |
| **Date Filed:** December 29, 2000<br>**Docket:** # 146<br>[X] **Plffs**   [] **Defts**<br><br>**Title:** Motion Correcting Error in Plaintiff's Opposition to "Motion to Compel". | **NOTED.** The Court hereby **NOTES** Plaintiff's corrections in her Opposition to "Motion to Compel". However, by Order (docket No 144), this Court addressed the issue of whether or not it would grant Defendant's motion to compel. Therefore, the issue of Defendant's motion to compel is hereby **MOOT**. |

**Date:** 1/4/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:     # 147