UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                                                                          CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 17, 2002<br>**Docket:** # 156<br>[X] **Plffs**   [] **Defts**   [] **Other**<br>**Title:** Motion Requesting Status Conference. | **GRANTED.** In view of the decision of the United States Court of Appeals for the First Circuit, a Status Conference in the above captioned case **SHALL** be held in the Chambers of the Undersigned on **February 11, 2002 at 4:00 p.m.** The parties should come prepared to discuss all pending matters. |

Date:   January 17, 2002

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 157 |