# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



IVY MELENDEZ

VS.   CIVIL NO. 98-2395(JP)

CUTTLER-HAMMER

## ORDER

By Order of the Honorable Judge Jaime Pieras, Jr., the **STATUS CONFERENCE** scheduled for February 11th 2002, at 4:00 P.M., **IS HEREBY RESCHEDULED FOR FEBRUARY 26, 2002, AT 4:00 P.M.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of January, 2002.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk


