# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
   Plaintiff

vs.

CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant



### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** March 12, 2002.;March 21, 2002<br>**Docket:** # 161.; #164.<br>[X] **Plffs**   [X] **Defts**   [] **Other**<br><br>**Title:** Motion to Clarify and/or Reconsider "Additional Initial Scheduling Conference Call" Order.; Cutler Hammer's Opposition thereto. | **DENIED.** The issue of whether or not Plaintiff's cause of action is barred is the only issue currently before the Court. Since this issue has not been adequately addressed prior to this time, the Court believes that it is important to have discovery on this issue pursuant to Rule 26. |

Date: 4/11/02

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 165 |