UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                            CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

Section VIII of the Additional ISC Order (**docket No. 166**) is hereby **AMENDED** to read : No other documents will be admitted without leave of Court. If any party wishes to use any document not listed herein, it must serve the document on all other parties and notify the Court of its intent to use the document, explaining its relevance and why its existence or materiality was not known at the time of this Conference, on or before **May 24, 2002**.

Date: 5/2/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #