UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 10, 2002<br>**Docket:** # 171<br><br>[] Plffs    [X] Defts    [] Other<br><br>**Title:** Motion Requesting Leave to File Document in the Spanish Language, and Extension of Time to File Certified Translation. | **GRANTED.** Defendants **SHALL** file the certified English language translation for Exhibit 5 to the "Motion in Compliance with Section VI.A of the Court's Additional Initial Scheduling Conference Dated April 30, 2002 **on or before May 20, 2002.** |

Date: 5/13/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: M      #175

M
5