UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)



**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: June 14, 2002.; June 14, 2002<br>Docket: # 183.; #185<br>[X] **Plffs**   [X] **Defts**   [] Other<br><br>Title: Urgent Motion Requesting Shortening of Term.; Opposition to Urgent Motion. | **DENIED.** The Court agrees with Plaintiffs' attorney and is of the position that Defendant's request for admissions is complex and will require that plaintiff takes the necessary time in order to answer them in a responsible and adequate manner. Therefore, the Court hereby **GRANTS** Plaintiff **up to and including August 16, 2002** in order to answer Defendant's request for admissions.<br>    In view of this extension of time, the Court hereby **CONTINUES** the Pre-Trial and hearing that have been scheduled in this case. The Pre-Trial scheduled for June 19, 2002 at 4:00 p.m. is hereby **CONTINUED** to **August 28, 2002 at 4:00 p.m.** The Hearing on time-bar scheduled for 9:30 a.m. on June 26, 2002 is hereby **CONTINUED to December 12, 2002 at 9:30 a.m.**<br>    The Court has reset these dates so that the parties will be fully prepared to present evidence on the time-bar issue. This is an important case and an important issue which cannot be rushed. |

Date: 6/17/02

JAIME PIERAS, JR.
U.S. Senior District Judge