# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant



CIVIL NO. 98-2395 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 31, 2002<br>**Docket:** # 179_<br><br>[] Plffs   [] Defts   [X] Other<br><br>**Title:** Informative Motion Re Vacation. | This Court does not organize its case management schedule around the vacation schedule of the attorneys appearing before it. While this Court does not begrudge Attorneys Judith Berkan and Mary Jo Mendez their vacations, the attorneys are nonetheless responsible for **all** issues relating to their clients which may arise while they are away. Therefore, the Court advises that both attorneys make necessary arrangements so as to insure that their clients are adequately represented for the time that they are away. |

JAIME PIERAS, JR.
U.S. Senior District Judge

Date: 6/19/02

| Rec'd: | EOD: |
|---|---|
| By: ↗ | # 188 |