UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.                                             CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant



## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 13, 2002<br>Docket: # 173<br>[ ] Plffs   [X] Defts   [ ] Other<br><br>Title: Motion to Amend Additional Initial Scheduling Conference Order. | **GRANTED in PART and DENIED in PART.** The instant motion is **GRANTED** only to the following extent:<br>    The Additional Initial Scheduling Conference Order, Section V Controverted Facts and Issues is hereby **AMENDED** to reflect the information contained in section a of the instant motion. Further, the Court **NOTES** that Defendant has represented that it will not be calling the following witnesses to testify at the hearing: Larry Cancel, Roberto Irizarry, Jason Hume, Michael Iglesias and Tarcilla Ballester. Further Defendant has informed the Court that it will not be calling the following witnesses either as their notes are contained in the official State Insurance Fund files, Social Security files and other medical documents: Dr. Jose Rios Cervantes, Dr. Rafael H. Miguel, M. Rosado, Dra. Saritza Rosado Rosa, Felix Alamo, Dr. Rivera, Wilma Gonzalez, and "Carlos".<br>    In addition, for purposes of the time-bar hearing, and as there has been no objection by Plaintiff, the Court will admit Plaintiff's medical records with Dr. Nuñez, the SIF and the Social Securities files. |
| Date Filed: May 24, 2002<br>Docket: # 178<br>[ ] Plffs   [X] Defts   [ ] Other<br><br>Title: Motion Complying with May 2, 2002 Court order and Reaffirming Request for Extension of Time. | **GRANTED.** The Court hereby **GRANTS** Defendant's motion to announce the following documents in order that they may be used at the hearing: Trans Union de Puerto Rico Credit report regarding Ivy Meléndez; JC Penney Statements of Account #1810318129; and Sears Statements of Account #95-51806-29418-0. Further, the Court **GRANTS** Defendants request for an extension of time to move to announce additional financial documents that are currently being produced by outside sources. The Court will rule on the admissibility of these documents on a case by case basis. |

Date: 6/19/02

JAIME PIERAS, JR.
U.S. Senior District Judge