UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.    CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 9, 2002; May 13, 2002<br>**Docket:** # 168; #174<br><br>[X] **Plffs**   [X] **Defts**   [] Other<br><br>**Title:** Plaintiff's Motion Requesting Clarification of Additional Initial Scheduling Conference Order.; Defendant's Opposition thereto. | **GRANTED.** The Court has reexamined its own notes taken during the ISC Conference and finds that its note reflect that the <u>authorization</u> for Plaintiff's credit card expenditures as opposed to the expenditures themselves was due on May 15, 2002. |
| **Date Filed:** May 9, 2002; May 16, 2002<br>**Docket:** # 169; #177<br>0<br>[X] **Plffs**   [X] **Defts**   [] Other<br><br>**Title:** Plaintiff's Informative Motion Concerning Proposed Stipulated Facts.; Defendant's Opposition Thereto. | **NOTED.** The Court hereby **NOTES** that Plaintiff has stipulated to the facts as stated in the instant motion (docket. No. 169). The Court also **NOTES** that Defendants do not stipulate to facts stipulated to by Plaintiff in docket No. 169. The ISC Order is hereby **AMENDED** to reflect the same. |

Date: 6/19/02

JAIME PIERAS, JR.
U.S. Senior District Judge

