UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 18, 2002<br>**Docket:** # 187<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Urgent Motion for Reconsideration. | **DENIED.** The Court stands by its previous Order continuing the pre-trial and hearing in the instant case so that all discovery can be completed prior to the time-bar hearing. |

Date: 6/19/02

JAIME PIERAS, JR.
U.S. Senior District Judge