UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
   Plaintiff

vs.                                                                 CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
   Defendant

## ORDER

The Court is in receipt of Plaintiff's Further Motion for reconsideration in Consideration of Plaintiff's Medical Condition **(docket No. 192)** and Defendants Response to "Plaintiff's Further Motion for reconsideration in Consideration of Plaintiff's Medical Condition" **(docket No. 193)**. The Court **NOTES** these motions, and believes that it would be beneficial at this point to hold an *in camera* meeting between the parties. Therefore, a meeting is hereby **SET for July 24, 2002 at 4:00 p.m** in the chambers of the undersigned.

Date: 6/27/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 196