UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)



### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 27, 2002<br>**Docket:** # 195<br>[] Plffs   [X] Defts   [] Other<br><br>**Title:** Motion requesting Leave to File Document in the Spanish Language and Extension of Time to File Certified Translation. | **GRANTED.** Defendant **SHALL** file a certified English language translation for the Spanish language exhibit to its "Response to Plaintiff's Further Motion for Reconsideration in Consideration of Plaintiff's Medical Condition" **on or before July 8, 2002.** |

Date: 7/3/02

JAIME PIERAS, JR.
U.S. Senior District Judge