UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant

CIVIL NO. 98-2395 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: June 28, 2002<br>Docket: # 197<br>[X] Plffs    [] Defts    [] Other<br><br>Title: Plaintiff's Motion re: Scheduling meeting of July 24, 2002. | **GRANTED IN PART and DENIED IN PART.** The Court believes that it is important to have all counsel in this case present at the meeting. Therefore, it hereby **RESCHEDULES** the meeting previously set for July 24, 2002 at 4:00 p.m. to **July 17, 2002 at 4:00 p.m.** |

Date: 7/3/02

JAIME PIERAS, JR.
U.S. Senior District Judge