## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.
                                CIVIL NO. 98-2395 (JP)

CUTLER-HAMMER DE P.R., CO.
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 27, 2002<br>**Docket:** # 194<br>[] Plffs    [X] **Defts**    [] Other<br><br>**Title:** Motion Complying with June 19, 2002 Court Order Regarding the Notifying of Financial Documents in the Control and Custody of Third-Parties. | **GRANTED.** The following documents are the hereby incorporated into the ISC memorandum as Defendants documentary evidence: A) Banco Popular of Puerto Rico bank statements account #056-722001- bates stamp 500074 through 500098; B) Sears account #9551806294180 - bates stamp 500099 through 500103 and; C) Banco Popular of Puerto Rico checking account #056-722001 (cancelled checks) -bates stamp 500104 through 500217. |
| **Date Filed:** June 28, 2002<br>**Docket:** # 198<br>[] **Plffs**    [X] **Defts**<br>**Title:** Plaintiff's request for Leave to Reply to "Defendant's Response" to Plaintiff's Further Motion. | **GRANTED.** The Court **GRANTS** Plaintiff leave to reply and hereby **ACCEPTS** Plaintiff's Tendered Reply to "Defendant's Response to plaintiff's Further Motion. |

Date: 7/3/02

JAIME PIERAS, JR.
U.S. Senior District Judge