UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVY MELENDEZ ARROYO
    Plaintiff

vs.

CUTLER-HAMMER DE P.R., CO.
    Defendant



CIVIL NO. 98-2395 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: June 14, 2002<br>Docket: # 184<br>[] **Plffs**   [X] **Defts**   [] **Other**<br><br>Title: Defendant's Motion to Clarify "Joint Proposed Pretrial Order" | **GRANTED.** The ISC Order is hereby **AMENDED** to reflect that the following two items are part of Defendant's Documentary Evidence List:<br>  A) Psychiatric Evaluation of Luis Raúl Alfaro, M.D., dated August 19, 1999.<br><br>  B) Expert Witness Report of Luis Raúl Alfaro, M.D. submitted to Plaintiff's attorneys on April 12, 2002. |

Date: 7/03/02

JAIME PIERAS, JR.
U.S. Senior District Judge