# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



IVY MELENDEZ-ARROYO

VS.                                               CIVIL NO. 98-2395(JP)

CUTLER-HAMMER P.R.

## ORDER

By Order of the Honorable Judge Jaime Pieras, Jr., the **IN-CAMERA HEARING** scheduled for July 17, 2002, at 4:00 p.m. **IS HEREBY RESCHEDULED FOR July 17th, 2002 AT 2:00 P.M.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of July, 2002.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk


